UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS GREEN                                                                    PLAINTIFF

V.                              NO. 3:16-CV-295-BD

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 11th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE